AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Oregon

United States of America
v.
THEODORE JOHN BUEHLER
Defendant

Case No. 3:26-mj-00300

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Theodore John Buehler, who is accused of an offense or violation based on the following document filed with the court:

❒ Indictment ❒ Superseding Indictment ❒ Information ❒ Superseding Information ☑ Complaint
❒ Probation Violation Petition ❒ Supervised Release Violation Petition ❒ Violation Notice ❒ Order of the Court

This offense is briefly described as follows:

18 U.S.C § 2252A(a)(2) (distribution of child pornography)
18 U.S.C § 2252A(a)(5)(B) (possession of child pornography)
18 U.S.C. § 1470 (transfer of obscene material)
18 U.S.C. § 2422(b) (coercion and enticement).

Date: November 2, 2026

Youlee Yim You
*Issuing officer's signature*

City and state: Portland, Oregon

Hon. Youlee Yim You, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 11/2/2026, and the person was arrested on *(date)* 11/3/2026 at *(city and state)* Salem, Oregon.

Date: 11/5/2026

*Arresting officer's signature*

Special Agent Kara Fischer
*Printed name and title*